IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEVI SETH MYRICK,

    Plaintiff,

v.

H.S.U. – COLUMBIA CORR.
INSTITUTION HEALTH SERVICES
DEPT. and HEALTH SERVICES
MANAGER J. GOHDE,

    Defendants.

ORDER

Case No. 17-cv-603-wmc

    Plaintiff Levi Myrick has filed a motion for a preliminary injunction, seeking an injunction for "proper medical care." (Dkt. #9.) However, the motion is deficient because Myrick has not complied with this court's procedure for obtaining preliminary injunctive relief, a copy of which will be provided to plaintiff with this order. Under these procedures, a plaintiff must file and serve proposed findings of fact that support his claims, along with any evidence that supports the proposed findings. Since Myrick has not provided any proposed findings of fact, and his affidavit in support does not set forth facts describing either the relief he seeks or any justifications for such relief, his request must be DENIED. The denial, however, is without prejudice. Should Myrick renew this motion, he must follow the required procedures and bear in mind that to succeed in such a motion, he must also make the following showing: (1) a likelihood of success on the merits of his case; (2) a lack of an adequate remedy at law; and (3) an irreparable harm that will result if the injunction is not granted. *Lambert v. Buss*, 498 F.3d 446, 451 (7th Cir. 2001).

    Entered this 18th day of September, 2018.

    BY THE COURT:
    /s/
    WILLIAM M. CONLEY
    District Judge