APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

2020 OCT 21 AM 10: 28

PETER O... ...
CLERK US DIST C...
...OF W...

FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

---

A. B., LEVI MYRICK
Plaintiff(s),

File Number 17-CV-603

Notice of Appeal

v.
Columbia Corr. Inst.
C.D., Health Service Dept.
Defendant(s) Et al...,

Jamie Gondé, Trisha Anderson, Melissi Thorne, Denise Valerious, Angie Hodge, Laurie Wood, Micheal Dittmann, Lucas Weber, Dr Salam Syed, Kathlee, Whalen, Neaver Walters, Renee Shuler, Nurse Gibbons, Maureen White, M. Smith, K. Kler ~~Tim Peters~~

Notice is hereby given that (here name all parties taking the appeal) LEVI MYRICK (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the Seventh Circuit (from the final judgment)(from an order (describing it)) entered in this action on the 12 day of October, 2020

(s) PRO SE — Levi Myrick #227468
                      Myrick
Attorney for _____
Address: _____

* See Rule 3(c) for permissible ways of identifying appellants.

New Lisbon Corr. Inst.
P.O. Box 2000
New Lisbon, WI.
53950